UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:21-cv-01824-JLS-SHK                                                    Date: May 05, 2022
Title:  Steve Zurba v. FCA US LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER:   VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND (Doc. 9) AND TAKING MATTER UNDER SUBMISSION**

   Before the Court is a Motion to Remand filed by Plaintiff Steve Zurba.  (Mot., Doc. 9.)  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); L.R. 7-15.  Accordingly, the matter is taken under submission, and the hearing set for May 6, 2022, at 10:30am is VACATED.


                                                                              Initials of Deputy Clerk:  droj