1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  HAILEY M. ROGERSON (SBN: 311918)
   hrogerson@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   FCA US LLC
7
   Tionna Dolin (SBN: 299010)
8  tdolin@slpattorney.com
   Ariel Harman-Holmes (SBN : 315234)
9  aharman-holmes@slpattorney.com
   STRATEGIC LEGAL PRACTICES
10 A PROFESSIONAL CORPORATION
   1888 Century Park East, 19th Floor
11 Los Angeles, CA 90067
   Telephone:(310) 929-4900
12 Facsimile: (310) 943-3838

13 Attorneys for Plaintiff
   STEVE ZURBA
14
                    **UNITED STATES DISTRICT COURT**
15
                         **DISTRICT OF CALIFORNIA**
16

| STEVE ZURBA, | ) Case No. 5:21-cv-01824-JLS-SHK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES** |
| FCA US, LLC; DCH CHRYSLER DODGE JEEP RAM FIAT OF TEMECULA; and DOES 1 through 10, inclusive, | ) |
| | ) State Ct. Comp.:  March 15, 2021 |
| | ) Removal Date:    October 27, 2021 |
| Defendants. | ) |

**TO THE HONORABLE COURT:**

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiff STEVE ZURBA ("Plaintiff") and Defendant FCA US LLC ("FCA") (collectively, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 15, 2021, Plaintiff filed his Complaint in the Superior Court of California, County of Riverside (Dkt. No. 1-3, p. 8);

WHEREAS, on October 27, 2021, FCA removed this matter to the above-titled Court (Dkt. No. 1);

WHEREAS, on December 27, 2021, this Court issued a Scheduling Order, identifying the discovery deadlines and setting a Final Pretrial Conference on June 30, 2023 (Dkt. No. 14);

WHEREAS, on July 12, 2022, FCA filed a Request for Approval of Substitution or Withdrawal of Counsel (Dkt. No. 29);

WHEREAS, this Court granted the request on July 21, 2022 and Gordon Rees Sully Manskuhani LLP was substituted in as counsel for FCA (Dkt. No. 30);

WHEREAS, on August 22, 2022, FCA filed a Motion for Judgment on the Pleadings, pursuant to Federal Rules of Civil Procedure, Rule 12(c), as to Plaintiff's sixth cause of action for Fraud by Omission, which is set for hearing on November 18, 2022 (Dkt. 37);

WHEREAS the Parties have been diligently engaging in the discovery process, and agree that additional time is needed to complete and resolve outstanding discovery issues prior to the discovery cut-off date of October 7, 2022 (Dkt. 14);

WHEREAS the deposition of Plaintiff and FCA's 30(b)(6) witness still needs to take place and the Parties have agreed to conduct the depositions on December 15, 2022 and January 17, 2023, respectively;

//

//

WHEREAS an inspection of the Subject Vehicle still needs to take place and the Parties have agreed to complete by January 2023;

WHEREAS the Parties believe the discovery deadlines in the Court's December 27, 2021 Scheduling Order should be extended by approximately 120 days;

WHEREAS GOOD CAUSE EXISTS to grant the Parties' request for an extension, as this will result in the most efficient process of moving the litigation forward and will not prejudice any other party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED to, by and between the Parties, through the undersigned counsel, as follows:

1. The Parties, by and through their respective counsel of record, hereby stipulate to amend the Scheduling Order; and
2. The deadlines contained in the Court's December 27, 2021 Scheduling Order are extended such that the new deadlines are:

| Event | Date or Deadlines |
| --- | --- |
| Fact Discovery Cutoff: | February 10, 2023 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine) | February 24, 2023 |
| Last Day to Serve Initial Expert Reports: | February 24, 2023 |
| Last Day to Serve Rebuttal Expert Reports: | March 24, 2023 |
| Expert Discovery Cutoff: | April 21, 2023 |
| Last Day to Conduct Settlement Proceedings: | May 19, 2023 |

JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES

| | |
|---|---|
| Dated: October 12, 2022 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ Hailey M. Rogerson* |
| | Spencer P. Hugret |
| | Hailey M. Rogerson |
| | Attorneys for Defendant |
| | FCA US LLC |
| | |
| Dated: October 12, 2022 | STRATEGIC LEGAL PRACTICES, APC |
| | By: */s/ Ariel Harman-Holmes* |
| | Tionna Dolin |
| | Ariel Harman-Holmes |
| | Attorneys for Plaintiff |
| | STEVE ZURBA |

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I, Hailey M. Rogerson, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: October 12, 2022 | */s/ Hailey M. Rogerson* |
| | Hailey M. Rogerson |

JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES