SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY M. ROGERSON (SBN: 311918)
hrogerson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Ariel Harman-Holmes (SBN : 315234)
aharman-holmes@slpattorney.com
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:(310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
STEVE ZURBA

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ZURBA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC; DCH CHRYSLER DODGE JEEP RAM FIAT OF TEMECULA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01824-JLS-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES**<br><br>State Ct. Comp.:　March 15, 2021<br>Removal Date:　　October 27, 2021 |

This Court, having considered the Joint Stipulation to Amend Scheduling Order and Continue Discovery Related Deadlines hereby ORDERS as follows:

1. The Joint Stipulation to Amend Scheduling Order and Continue Discovery Related Deadlines GRANTED:
2. The following schedules and deadlines shall apply to this case:

| Event | Date or Deadlines |
|---|---|
| Fact Discovery Cutoff: | February 10, 2023 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine) | February 24, 2023 |
| Last Day to Serve Initial Expert Reports: | February 24, 2023 |
| Last Day to Serve Rebuttal Expert Reports: | March 24, 2023 |
| Expert Discovery Cutoff: | April 21, 2023 |
| Last Day to Conduct Settlement Proceedings: | May 19, 2023 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Josephine L. Staton