**DENIED**

**BY ORDER OF THE COURT**

FILED
CLERK, U.S. DISTRICT COURT

October 18, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VRV _____ DEPUTY

No showing of good cause:  This case began over a year and a half ago in state court.  Substituting in new counsel does not provide good cause to modify a Scheduling.  Further, the rote statement that "the Parties have been diligently engaging in discovery" is insufficient.  The parties must show how they have used the entire discovery period and could not have completed discovery.  Further, parties should not wait until discovery has closed to seek a modification of the deadlines.

**DATE: October 18, 2022**

**Josephine L. Staton**
**United States District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ZURBA,<br><br>   Plaintiff,<br><br> vs.<br><br>FCA US, LLC; DCH CHRYSLER DODGE JEEP RAM FIAT OF TEMECULA; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.  5:21-cv-01824-JLS-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES**<br><br>State Ct. Comp.:   March 15, 2021<br>Removal Date:   October 27, 2021 |

## ORDER

This Court, having considered the Joint Stipulation to Amend Scheduling Order and Continue Discovery Related Deadlines (Doc. 38) hereby ORDERS as follows:

1. The Joint Stipulation to Amend Scheduling Order and Continue Discovery Related Deadlines GRANTED:

2. The following schedules and deadlines shall apply to this case:

| Event | Date or Deadlines |
|---|---|
| Fact Discovery Cutoff: | February 10, 2023 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine) | February 24, 2023 |
| Last Day to Serve Initial Expert Reports: | February 24, 2023 |
| Last Day to Serve Rebuttal Expert Reports: | March 24, 2023 |
| Expert Discovery Cutoff: | April 21, 2023 |
| Last Day to Conduct Settlement Proceedings: | May 19, 2023 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DISCOVERY RELATED DEADLINES**