JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVE ZURBA, | CASE NO. 5:21-CV-01824-JLS-SHK |
|---|---|
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff STEVE ZURBA ("Plaintiff") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 2, 2022.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the accepted Rule 68 Offer.

**IT IS SO ORDERED.**

DATED: March 17, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE